IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| In the Matter of the Search of:<br><br>6 Rosebud Lane, Missoula, MT 59801 and a 2005 Black Mercedes Benz bearing Montana License Plate 453615C | MJ 21-36-M-KLD<br><br>ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 17th day of March, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1